IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Krystal L. Chapman, ) | |
| ) | C.A. No. 2:17-cv-01657-DCN |
| Plaintiff, ) | |
| ) | **STIPULATION OF DISMISSAL** |
| v. ) | **WITH PREJUDICE** |
| ) | |
| Refuel, Inc., ) | |
| ) | |
| Defendant. ) | |
| ) | |

    The parties to the above captioned action, by and through their undersigned counsel, hereby stipulate to the dismissal of the action with prejudice, each party to bear its own attorney's fees and costs.

*s/ J. Clay Hopkins*
J. Clay Hopkins (FID 12147)
William E. Hopkins, Jr. (FID 6075)
HOPKINS LAW FIRM, LLC
12019 Ocean Highway
Post Office Box 1885
Pawleys Island, SC 29585
Tel: (843) 314-4202
Fax: (843-314-9365)
clay@hopkinsfirm.com
bill@hopkinsfirm.com
ATTORNEYS FOR PLAINTIFF

*s/ Piper R. Byzet*
Benjamin P. Glas (FID 6522)
Piper R. Byzet (FID 11393)
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
211 King Street, Suite 200
Charleston, SC 29401
Tel.: (843) 853-1300
Fax: (843) 853-9992
ben.glass@ogletreedeakins.com
piper.byzet@ogletreedeakins.com

ATTORNEYS FOR DEFENDANT